AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | )|
|---|---|
|IN THE MATTER OF THE SEARCH OF EIGHT UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.  26-48 (M) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Enclosed as Refference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B. Enclosed as Refference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   February 5, 2025
                                                                                                                         *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.       ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty                                          .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                         ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    1/22/26 at 2:52pm          _____
                                                                                            *Judge's signature*

City and state:    San Juan, PR                              Hon. Mariana Bauzá Almonte, U.S. Magistrate Judge
                                                                                            *Printed name and title*

Type text here

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 26-048 (M) | Date and time warrant executed: <br> 01/23/2026 9:30 am | Copy of warrant and inventory left with: <br> USPIS San Juan Field Office |

Inventory made in the presence of :
F.Arce-Morales/J.Rios/F.Rivera/E.Leon/M.Santiago/D.Cuesta

Inventory of the property taken and name of any person(s) seized:

USPS parcels and the following contents:

1) 9505 5114 2991 6021 9060 69= approximately 2,045 grams of field tested cocaine

2) 9505 5110 2022 6021 2822 65= negative for contraband/ return to mail stream

3) 9505 5147 8561 6021 8729 78= approximately 2,025 grams of field tested cocaine

4) 9505 5105 5548 6021 3835 13= approximately 1,990 grams of field tested cocaine

5) 9505 5103 3258 6021 7549 91= approximately 2,090 grams of field tested cocaine

6) 9505 5114 1761 6021 1629 71= approximately 1,035 grams of field tested cocaine

7) 9505 5104 0289 6021 1752 51= approximately 2,080 grams of field tested cocaine

8) EJ 598 052 771 US= approximately 2,110 grams of field tested cocaine

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   01/23/2026

*Executing officer's signature*

Fabian Arce-Morales U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br>Name and Address | To:<br>Name and Address |
|---|---|---|---|
| 4-A | (P) 9505 5114 2991 6021 9060 69 | Edwin Vega<br>Jardines del Puerto, Calle Belkis 4511 Cabo Rojo PR 00623 | Kashawnda Johnson<br>108 Elm st<br>Newark, NY 14513 |



1

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-B | (P) 9505 5110 2022 6021 2822 65 | Madeline Muñiz Padín<br>P.O. Box 223<br>Las Marías P.R 00670 | Luis Mendez<br>31 Leland Drive<br>Apt #18<br>Springfield Mass. 01109 |



2

3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-C | (P) 9505 5147 8561 6021 8729 78 | Anabel Perez De Jesus PO Box 189 Loiza, PR 00772 | Rafael Perez 106 Slocum Ave Apt 4 Syracuse NY 13204 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-D | (P) 9505 5105 5548 6021 3835 13 | Karla Rivera<br>104 C. Daguey<br>Añasco PR. 00610 | Jose Rivera<br>26 Oakwood Knls<br>Norwich, CT<br>06360 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-E | (P) 9505 5103 3258 6021 7549 91 | Lisa Laureano<br>Cond. Aventura<br>300 Via Aventura apto 6504<br>Trujillo Alto PR 00976 | Anthony Laureano<br>51 Windsor St. Apt. 2<br>Worcester MA 01605 |



5

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-F | (P) 9505 5104 0289 6021 1752 51 | Maria Cristina Torres<br>Calle 1 F-31<br>Colinas Verdes<br>San Juan PR 00924 | Cristina Torres<br>30 Island St. Apt. 308<br>Lawrence MA. 01840 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-G | (E) EJ 598 052 771 US | Manuel Tejeda 2060 gilberto monroig Aprt #7 San Juan PR 00915 | Marie Beals 80 Wingate ST haverihill Apart, 2A Massachusetts 01832 |



7

## ATTACHMENT B
### Particular Things to be Seized

All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. controlled substances;

b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, heat-sealing devices, and diluents;

c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

d. United States Currency; and

e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.